IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10438
Summary Calendar
_____


WILLIAM ARTHUR MCINTOSH,

                                        Plaintiff-Appellant,


versus

KYLE NEAL; BOB TURNER,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-2518-D
- - - - - - - - - -
August 20, 1996
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

    William Arthur McIntosh, #688254, appeals the district court's dismissal of his civil rights action pursuant to 42 U.S.C. § 1983.  McIntosh's allegation that law enforcement officers violated his Fifth Amendment right against self-incrimination by coercing his confession through threats and promises is barred by Heck v. Humphrey, 114 S. Ct. 2364 (1994). See Hamilton v. Lyons, 74 F.3d 99, 103 (5th Cir. 1996).

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.